IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:04CV00850

| | |
|---|---|
| NETALOG, INC., <br><br> Plaintiff, <br><br> v. <br><br> GRIFFIN TECHNOLOGY, INC., <br><br> Defendant. | **ORDER GRANTING PROTECTIVE ORDER AND MODIFYING SUBPOENA** |

Having considered plaintiff Netalog, Inc.'s and Andrew Green's motion for a protective order and modification of subpoena, and the pleadings and positions of both parties with respect thereto:

**IT IS HEREBY ORDERED**, for good cause shown, that the motion is granted. It is **Ordered** as follows:

1. The deposition of Andrew Green shall proceed in or near Charleston, South Carolina, at a date, time and location to be mutually agreed to by the parties;

2. The subpoena duces tecum issued by defendant Griffin Technology, Inc. to Andrew Green is hereby modified and limited such that Mr. Green shall only produce any documents in his possession, custody or control that relate to the accused Griffin RoadTrip product; and

3. At the deposition of Mr. Green, Griffin shall not inquire into subject matters that have been determined by the Court to not be relevant to this action pursuant to its modification of

the document subpoena, including that Griffin shall not inquire into the details, reasons and circumstances surrounding Mr. Green's leaving the employment of Griffin to work for Netalog.

This the ___ day of _____, 2005.

_____
United States Magistrate Judge