IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NETALOG, INC., )
 )
 )
    Plaintiff, )
 ) 1:04CV00850
    v. )
 )
GRIFFIN TECHNOLOGY, INC., )
 )
    Defendant. )

FINAL ORDER AND JUDGMENT

OSTEEN, District Judge

For the reasons set forth in the memorandum opinion and order entered June 12, 2006, and pursuant to the stipulations of voluntary dismissal filed by the parties on June 14, 2006,

IT IS ORDERED AND ADJUDGED that Defendant Griffin Technology, Inc.'s motion for summary judgment of non-infringement as to Plaintiff Netalog, Inc.'s patent claims and trademark claims is granted and that Plaintiff Netalog, Inc.'s motion for summary judgment is denied as moot.

This the 16th day of June 2006.

                                      _____
                                      United States District Judge